NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EZRA RAULERSON, IV,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D17-4462
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
                                       )
_____    )

Opinion filed April 5, 2019.

Appeal from the Circuit Court for Polk
County; Jalal Harb, Judge.

Howard L. Dimmig, II, Public Defender, and
Carol J. Y. Wilson, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Dawn A. Tiffin,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.